# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

11/9/11

FILED
11 NOV -9 PM 3: 52
U.S. BANKRUPTCY COURT
W.D.N.Y.-ROCHESTER

# 8492
2.18
11/9/11
mj

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

Re: ARMSDEN, REGINALD ERNEST, JR /Case # 10-20644
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $2.18. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Canandaigua Medical Group    Amount $ 2.18    Claim Register # 4

DOUGLAS J. LUSTIG
Trustee

1600 Crossroads Building          585 232 3730
Two State Street                  FAX 585 232 3882          CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614-1397          www.cdlog.com